**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**ROBERT A. KATZMANN**
**CHIEF JUDGE**

Date: April 25, 2016
Docket #: 15-2801cv
Short Title: National Football League Manag v. National
Football League Playe

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

DC Docket #: 15-cv-5916
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 15-cv-5982
DC Court: SDNY (NEW YORK
CITY)DC Docket #: 15-cv-5916
DC Court: SDNY (NEW YORK
CITY)
DC Judge: Francis
DC Judge: Berman

## NOTICE OF CASE MANAGER CHANGE

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8512.